<u>INSD Pro Se Employment Discrimination Complaint 10/21 (adapted from AO Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination)</u>

# UNITED STATES DISTRICT COURT

for the

Southern District of Indiana

<div style="border: 2px solid red;">

**FILED**

**3:59 pm, Feb 14, 2023**

**U.S. DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**Roger A.G. Sharpe, Clerk**

</div>

Nicole Freeling

_____
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

**-v-**

Indiana Department of Transportation (INDOT)"see attached"

_____
*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____

*(to be filled in by the Clerk's Office)*

Jury Trial:  *(check one)*  ☒Yes  ☐No

1:23-cv-278-TWP-MJD

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

<div style="border: 1px solid black;">

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files.  Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date, the full name of a person known to be a minor, or a complete financial account number.  A filing may include *only*: the last four digits of a social security number, the year of an individual's birth, a minor's initials, and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievances, witness statements, evidence, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

</div>

INSD Pro Se Employment Discrimination Complaint 10/21 (adapted from AO Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination)

## I.    Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑    Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note:  In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐    Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note:  In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐    Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note:  In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐    Other federal law *(specify the federal law)*:

42 u.s.c. 1983 in violation of the 14th amendment

☐    Relevant state law *(specify, if known)*:

☐    Relevant city or county law *(specify, if known)*:

## II.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Nicole Freeling |
| Street Address | 8631 Sierra Ridge Dr. |
| City and County | Indianapolis Marion |
| State and Zip Code | Indiana 46239 |
| Telephone Number | 317-500-8757 |
| E-mail Address | n.freeling@outlook.com |

INSD Pro Se Employment Discrimination Complaint 10/21 (adapted from AO Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination)

**B.**    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, a corporation, or another entity.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Indiana Department of Transportation (INDOT) |
| Job or Title *(if known)* | Real estate division |
| Street Address | 100 N Senate Ave |
| City and County | Indianapolis Marion |
| State and Zip Code | Indiana 46204 |
| Telephone Number | 463-246-4296 |
| E-mail Address *(if known)* | NA |

Defendant No. 2

| | |
|---|---|
| Name | John Leming in his official capacity as |
| Job or Title *(if known)* | Consultant Prequalification Research Analyst for INDOT |
| Street Address | IGCN, 100 N. Senate, N758-PQ |
| City and County | Indianapolis, Marion |
| State and Zip Code | Indiana 46204 |
| Telephone Number | (317) 234-4917 |
| E-mail Address *(if known)* | JLeming@indot.in.gov |

Defendant No. 3

| | |
|---|---|
| Name | Crystal M. Weaver, PE  in her official capacity as |
| Job or Title *(if known)* | Prequalification Engineer |
| Street Address | 100 N Senate Ave |
| City and County | Indianapolis, Marion |
| State and Zip Code | Indiana 46204 |
| Telephone Number | NA |
| E-mail Address *(if known)* | cmweaver@indot.IN.gov |

**C.**    **Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Indiana Department of Transportation (INDOT)Real estate division |
| Street Address | 100 N Senate Ave |
| City and County | Indianapolis, Marion |
| State and Zip Code | Indiana 46204 |
| Telephone Number | 463-246-4296 |

**III.**    **Statement of Claim**

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

**A.**    The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☑ Failure to hire me.
- ☐ Termination of my employment.
- ☐ Failure to promote me.
- ☐ Failure to accommodate my disability.
- ☐ Unequal terms and conditions of my employment.
- ☐ Retaliation.
- ☐ Other acts *(specify)*:    denial of pre qualification application

*(Note:  Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

**B.**    It is my best recollection that the alleged discriminatory acts occurred on date(s)

August 3rd-5th 2022

**C.**    I believe that defendant(s) *(check one)*:

- ☑ is/are still committing these acts against me.
- ☐ is/are not still committing these acts against me.

INSD Pro Se Employment Discrimination Complaint 10/21 (adapted from AO Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination)

**D.** Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- [x] race — African American
- [ ] color
- [ ] gender/sex
- [ ] religion
- [ ] national origin
- [ ] age *(year of birth)* _____ *(only when asserting a claim of age discrimination.)*
- [ ] disability or perceived disability *(specify disability)*

_____

**E.** The facts of my case are as follows. Attach additional pages if needed.

Plaintiff Nicole Freeling is a Real estate broker, ceritfied in the state of Indiana as a woman owned small business. (WOSB)

In September of 2021 Planitiff reached out to Indiana Department of Transportation (INDOT) to introduce her real esate company and apply for the Consultant opportunties through INDOT.

After contacting multiple sources on the website I got in contact with Mr. John Leming in pre qualification deparment. I had a talk with him about my real estate background at that time.

John Leming ask me if I had taken the Real estate exam through INDOT I replied no. He then explained that I have to first pass the real esate exam with INDOT before he could qualify me as

one of INDOT Real estate consultants. John Leming then put me in contact with Todd Clift in the real estate division. I had coversation with Todd and this is when I leared about the Relocation.

I was first interested the Buying side of the Consultants but after speaking with Todd he explained more about the Relacation

and how this is helping the displaced familes. Todd Clift put me in contact with both Keisha Lewis in charge over the relocation exam and

Julie Foreman she was in charge over the buyer exam. I deciced to go for the Relcation exam I was in contact via email with Keisha Lewis.

Keisha sent over all the materials such as their handbook, links to study 49 CFR, Part24 The Uniform Act and a HUD training course. She explained this is the information

needed to understand and pass the Relocation exam. After studying the material for a couple of months. I reached out to Keisha Lewis in mid Febuary 2022 and scheduled the first

test on March 10th 2022 after failing the test this first time Keisha explained no one passes this test on the first try its designed this way to help the consultants learn. Kesiha

informed me that after failing the test she and I would have a 3-4 hour one on one training that would go over the test questions and we did. I retook the test

a secoond time April 21st 2022 and although my score was higher than the first test score I failed the second time and repeated another 3-4 hour

review training session with Keshia and prepared to take the test for the third time. On June 16th 2022 repeated the test and I was informed about a week later

that I had finally past the Relocation exam. Keisha Lewis sent me the letter of success stating that that I have acquired the knowledge and skills to provide relocation services

in the state of Indiana. She also informed me that she would send the letter over to INDOT pre-qualification

department and to reach back out to John Leming to completed the application process. I went back on the INDOT ITAP portal to

complete the application for the Consultant role. I reached out directly to John Leming and let him know that I had competed the application

and I ask John Leming if every looked okay with application because the INDOT ITap portal was a bit confusing at times.

I reached out to John via phone around the first week of July 2022 and he told me he is processing about eighteen other applications

ahead of mines and it will take him a few weeks before he can get to my application and check it out. ( attching addtional page to contine)

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV.   Exhaustion of Federal Administrative Remedies

**A.**   It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

08-24-2022 _____ .

**B.**   The Equal Employment Opportunity Commission *(check one)*:

☐   has not issued a Notice of Right to Sue letter.

☑   issued a Notice of Right to Sue letter, which I received on *(date)*   12/16/2022 _____ .

*(Note:  Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

**C.**   Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐   60 days or more have elapsed.

☐   60 days or more have not elapsed.

## V.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

A permanent injunction against Defendants from engaging in any further unlawful practices of race discrimination by providing equal employment opportunities for African Americans.

Compensatory, nominal and punitive damages; litigation costs and expenses; Pre- and post- judgement interest;

Such other and further relief as the Court may deem just and proper;

## VI.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

INSD Pro Se Employment Discrimination Complaint 10/21 (adapted from AO Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination)

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:     2/14/2023

Signature of Plaintiff

Printed Name of Plaintiff     Nicole Freeling

INSD Pro Se Employment Discrimination Complaint 10/21 (adapted from AO Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination)

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   2/14/2023

Signature of Plaintiff

Printed Name of Plaintiff   Nicole Freeling